AO 455 (Rev. 5/85)   Waiver of Indictment

FILED
AUG 0 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
### for the DISTRICT OF Columbia

UNITED STATES OF AMERICA
V.

JOSE BLANCO RIVERA

WAIVER OF INDICTMENT

CASE NUMBER: CR 08-190

I, __JOSE BLANCO__, the above named defendant, who is accused of

__FRAUD (22 DC CODE § 3221)__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8.6.08__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before __John M. Facciola__
Judicial Officer