U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA :

v. :

JOSE BLANCO RIVERA : Case No. 08-190 (RJL)

:

:

**ORDER**

**FILED**

AUG 0 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ____6th____ day of ____August 2008_____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __A date convenient to both parties__ by __FBI S/A Sean Ryan and Al Tenuta__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____

_____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __FBI S/A Sean Ryan and Al Tenuta__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate) ~~Alan Kay~~

DOJ USA-16-1-80

DEFENSE COUNSEL